# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 05 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | H 17 411 |
| v. | § | CRIMINAL NUMBER |
| GEORGE YARBROUGH | § § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about April 19, 2017, in the Southern District of Texas the defendant,

**GEORGE YARBROUGH**

knowingly caused to be delivered by the U.S. Postal Service, according to the directions thereon, a communication dated April 19, 2017, addressed to U.S. Dist. Judge David Hittner, The Bob Casey U.S. Courthouse, 515 Rusk St., Rm. 8509, Houston, Texas 77002, containing a threat to injure, namely to kill, United States District Court Judge David Hittner.

In violation of Title 18, United States Code, Sections 876(c).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney

By: *Jennie Basile*
Jennie Basile
Assistant United States Attorney